BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1939

**No. 42216.**—Protests 40708–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J.   It was stipulated that certain items consist of embroidered articles and wearing apparel like those the subject of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and Normandy laces similar to those passed upon in *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42217.**—Protests 290295–G, etc., of Saks & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and Abstract 12951 embroidered laces and embroidered wearing apparel were held dutiable at 75 percent under paragraph 1430.   Artificial flowers like those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.

**No. 42218.**—Protests 140009–G, etc., of C. R. Meissner Co. et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *Amrein* v. *United States* (T. D. 49551) the Normandy laces in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42219.**—Protests 202132–G, etc., of G. R. Meissner Co. at el. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel Normandy laces and embroidered articles were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42220.**—Protests 282686–G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J.   It was stipulated that certain items consist of Alençon laces, embroidered-net laces, and galloons similar to those the subject of *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067) and Abstract 12555, filet laces similar to those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and Normandy lace articles similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   They were held dutiable at 75 percent under paragraph 1430 as claimed.

BEFORE THE THIRD DIVISION, SEPTEMBER 19, 1939

**No. 42221.**—Protest 834177–G of Ellis Klatscher & Co. (Los Angeles).